**Order entered December 20, 2022**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

No. 05-22-00394-CR

**SEDRIC DEJUAN BRAXTON, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 195th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. F21-99731-N**

## ORDER

Before the Court is the State's December 8, 2022 motion to abate this appeal, noting that the trial court's judgment is not on the correct form. The State asks the Court to abate this appeal so that the trial court can enter its judgment using the correct form, and reflect that appellant's post-adjudication community supervision was revoked.

We **GRANT** the motion to the extent we **ORDER** the trial court to hold a hearing, **WITHIN THIRTY DAYS** of the date of this order, to determine whether

the trial court's April 18, 2022 judgment is incorrect and should be corrected. If the trial court determines the judgment is incorrect, the trial court **SHALL** enter a corrected judgment. If necessary, the trial court may (1) review the reporter's record from the June 28, 2021 juvenile transfer hearing and the April 18, 2022, revocation hearing and (2) make findings of fact. If the trial court enters a corrected judgment and/or findings of fact, the court shall cause them to be filed in a supplemental clerk's record with this Court **WITHIN TEN DAYS** of the date of the trial court's hearing.

We **DIRECT** the Clerk to send copies of this order to the Honorable Hector Garza, Presiding Judge, 195th Judicial District Court; to Velma Loza, official court reporter, 195th Judicial District Court; to Felicia Pitre, Dallas County District Clerk; and to counsel for all parties.

We **ABATE** this appeal so the trial court may hold a hearing. The appeal will be reinstated when the supplemental clerk's record is filed, or the Court deems it appropriate to do so.

/s/     ROBERT D. BURNS, III
        CHIEF JUSTICE